No. 99–5997. RODGERS v. OHIO. Ct. App. Ohio, Columbiana County. Certiorari denied.

No. 99–6000. ANDERSON v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 99–6001. BOUTIN v. HVASS, COMMISSIONER, MINNESOTA DEPARTMENT OF CORRECTIONS, ET AL. Sup. Ct. Minn. Certiorari denied.

No. 99–6007. RICHARDSON v. WEST VIRGINIA DEPARTMENT OF HEALTH AND HUMAN SERVICES. C. A. 4th Cir. Certiorari denied.

No. 99–6010. FLANAGAN ET UX. v. ARNAIZ ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–6011. LAVINE ET AL. v. JACKSON ET AL. Ct. App. La., 1st Cir. Certiorari denied.

No. 99–6020. PERELMAN v. GEORGE ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–6022. KELLY v. OHIO. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 99–6027. SCOTT v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 99–6028. JARRETT v. HAYWARD MANOR APARTMENTS ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–6030. MAY v. WASHINGTON DEPARTMENT OF SOCIAL AND HEALTH SERVICES. Ct. App. Wash. Certiorari denied.

No. 99–6034. WRIGHT v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 99–6038. JACKSON v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–6039. JOHNSON v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.